UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | HON. WILLIAM H. WALLS |
| v. | CRIMINAL NO. 09-743 |
| RICHARD OLIVIERI | ORDER FOR TRAVEL |

This matter having come before the Court on the application of defendant, Richard Olivieri, through his counsel, Kevin F. Carlucci, Esq., Assistant Federal Public Defender, and the United States, by Andre M. Espinosa, Assistant United States Attorney, consenting, for an Order temporarily suspending home confinement and allowing the defendant to travel and for good cause shown,

IT IS ON THIS 21th day of December, 2010

ORDERED that the defendant be permitted to travel to and remain at the home of a person approved by Pretrial Services from 8PM December 23, 2010 to 8PM December 25, 2010.

IT IS FURTHER ORDERED that defendant must report to Pretrial Services daily by phone as directed by Pretrial Services while away from his residence.

_____
HONORABLE WILLIAM H. WALLS
United States District Judge

Consented to:

_____
Andre M. Espinosa, AUSA

_____
Kevin F. Carlucci, AFPD