UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 09-743 (WHW) |
| RICHARD OLIVIERI | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (André M. Espinosa, Assistant U.S. Attorney, appearing), and Richard Olivieri (Kevin Carlucci, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter for a period from December 20, 2010, through March 29, 2011, to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement; and the defendant being aware that he has the right under 18 U.S.C. § 3161(c)(1) to a trial within seventy (70) days of his indictment; and the defendant, through his attorney, having waived such rights and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter the plea in Court, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 6 day of January 2011

ORDERED that the proceedings in the above-captioned matter are continued from December 20, 2010, through March 29, 2011, and,

IT IS FURTHER ORDERED that the period between December 20, 2010, through March 29, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. WILLIAM H. WALLS
United States District Judge

I hereby consent to the form and entry of this order.

Kevin Carlueer, Esq.
Attorney for Richard Olivieri

Date: 12/20/10

André M. Espinosa
Assistant United States Attorney

Date: 12/20/2010