UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 09-743 (WHW) |
| RICHARD OLIVIERI | : | <u>ORDER</u> |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (the "Government") (André M. Espinosa, Assistant U.S. Attorney, appearing), and Defendant Richard Olivieri ("Defendant") (Kevin Carlucci, Esq., appearing) for an order modifying the Court's Order for Discovery, dated September 30, 2010, to set a new briefing schedule for pretrial motions; and the original trial date having been adjourned from December 7, 2010, to March 29, 2011; and the parties having consented to a modified briefing schedule; and for good and sufficient cause shown,

IT IS on this 8th day of March, 2011,

ORDERED that Defendant shall file any pretrial motions by February 28, 2011; and it is further,

ORDERED that the Government shall file any response March 22, 2011; and it is further,

ORDERED that oral arguments, if deemed necessary by the Court, shall be heard on March 28, 2011; and it is further,

ORDERED that trial shall commence on March 29, 2011.

HON. WILLIAM H. WALLS
United States District Judge