UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|   |   |
|---|---|
| UNITED STATES of America, | **ORDER** |
| v. | Crim. No. 09-743 (WHW) |
| Richard OLIVIERI, | |
| Defendant. | |

**Walls, Senior District Judge**

For the reasons set forth in the accompanying opinion,

It is on this 3rd day of April 2012:

**ORDERED** that Defendant Olivieri pay restitution in the amount of $22,589.45 to Amy, $7,625.54 to Vicky and $5,683.33 to L.S.; and it is further

**ORDERED** that the interest requirement is waived.

Payment on the restitution order shall be due immediately. To facilitate payment, the Court recommends that the Defendant be allowed to participate in the Inmate Financial Responsibility Program. Beginning sixty days after Defendant's release to a term of supervision, payment shall be due in equal monthly installments of $50. During Defendant's term of supervision, the U.S. Probation Officer shall pursue collection of the amount due and may request the Court to modify the payment schedule as appropriate.

                                            **s/ William H. Walls**
                                            United States Senior District Judge